### 18303. JONES et al. v. AMERICAN TIRE CO. OF BUCKHEAD, INC.

ALMAND, Justice. American Tire Company of Buckhead, Inc., brought an equitable petition against Claude V. Jones and his wife, which alleged in substance that the plaintiff had obtained a judgment against Claude V. Jones, doing business as Glass Sales Company, that execution issued thereon, and the Sheriff of Fulton County has returned a nulla bona on the same; that said Jones was conveying all of his assets to his wife and brother; that he has removed from his place of business automobile tires and rims, which he is concealing at a place unknown to the plaintiff; that said Jones has an equity in five trucks and automobiles, and is insolvent. The prayers were for the appointment of a receiver, and for an order restraining said Jones from transferring any of his assets or property. General and special demurrers of the defendants were

overruled, and error is assigned on this order in a bill of exceptions. *Held:*

The petition set out a cause of action for the appointment of a receiver and for injunctive relief (*Young* v. *Wilson,* 183 *Ga.* 59, 187 S. E. 44; *Pope* v. *United States Fidelity &c. Co.,* 193 *Ga.* 769, 20 S. E. 2d 13), and it was not error to overrule the demurrers.

*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 16, 1953—DECIDED OCTOBER 14, 1953.

*Roscoe Pickett, Jr., J. E. B. Stewart,* for plaintiffs in error.
*Charles W. Bergman,* contra.